# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 20-10066  
**Case Name:** RAY MOVING AND STORAGE INC.  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 01/21/2020 (f)  
**§ 341(a) Meeting Date:** 02/20/2020  
**Claims Bar Date:** 05/07/2020

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | checking Account at BB&T, xxxxxx5306  Funds from checking account ($18,562.31 represents pre-petition proceeds; $7,830.68 represents post-petition proceeds) | 9,850.00 | 9,850.00 | | 26,392.99 | FA | 0.00 | 0.00 |
| 2 | Payroll account Account at BB&T, xxxxxx3296 | 11.32 | 11.32 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Comdata prepaid account Last digits RA004 Balance is negative $49.89 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Heavy Vehicle Highway Use Tax 1/1/20-6/30/20 | 215.00 | 215.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | Local Edge Phone book advertising 1/1/20-6/30/20 | 192.50 | 192.50 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | Local Edge phone listing 1/1/20-11/30/20 | 550.00 | 550.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | Gray and Creech copier maintenance 1/1/20-8/31/20  Refund for termination of copier maintenance contract | 992.77 | 992.77 | | 127.88 | FA | 0.00 | 0.00 |
| 8 | A/R 90 days old or less. Face amount = $24,715.00. Doubtful/Uncollectible accounts = $0.00. | 24,715.00 | 24,715.00 | | 3,260.00 | FA | 0.00 | 0.00 |
| 9 | A/R Over 90 days old. Face amount = $3,417.27. Doubtful/Uncollectible accounts = $0.00. | 3,417.27 | 3,417.27 | | 420.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 20-10066  
**Case Name:** RAY MOVING AND STORAGE INC.  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 01/21/2020 (f)  
**§ 341(a) Meeting Date:** 02/20/2020  
**Claims Bar Date:** 05/07/2020

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 10 | 20 shares Class B common stock in Unigroup, C.A., Valuation Method: Appraisal<br><br>The Debtor is the current owner of twenty shares of Class B Non-Voting Common Stock (the "Stock") of UniGroup, Inc. ("UniGroup"). UniGroup is the parent entity of Mayflower Transit, LLC ("Mayflower"). Pre-petition, the Debtor had an agency relationship with Mayflower and conducted business under the Mayflower name. The Stock is subject to numerous restrictions that prevent the estate from being able to monetize the Stock other than through redemption by UniGroup pursuant to an Amended and Restated Stock Repurchase Agreement and UniGroup's Articles of Association.<br><br>Dwight Vestal and John Deare stated that they have a secured interest in the Stock. However, they cannot have secured claims in the Stock without prior written approval from Unigroup's Board of Directors. The Debtor did not obtain such approval with respect to the amounts loaned to the Debtor by Vestal and Deare and therefore their claims were unsecured. Consent orders agreeing to the unsecured status entered Vestal on 2/23/21, Dkt 82 and Deare entered 2/16/21, Dkt 78.<br>Per Stock Redemption agreement approved by Court on 1/10/22, Doc 106. The specific terms are included in the Agreement, but can be summarized as follows:<br>(a) On January 4, 2022, UniGroup will redeem the Stock in exchange for the aggregate purchase price of $165,119.00 (the "Closing Date").<br>(b) The purchase price will be made in two installments. On the Closing Date, UniGroup will pay the estate $82,559.50 and issue a Subordinated Promissory Note in the principal amount of $82,559.50, plus interest, which shall be due and payable on July 31, 2022.<br>(c) The Stock will be transferred to UniGroup free and clear of all liens, if any.<br>(d) The Stock shall be conveyed "as is" and "where is" will all faults. | 203,620.00 | 130,020.00 | | 165,648.29 | 37,971.71 | 73,600.00 | 0.00 |
| 11 | Finished goods: Packing goods, household goods, 1/13/2020, Net Book Value: $12,806.00, Valuation Method: Recent cost<br><br>Order granting public sale of personal property entered 4/20/20, Doc #30.<br><br>Order entered 3/5/20, Doc #23, approving the following property located in the warehouse building at 4111 Romaine Street, Greensboro, North Carolina, to be abandoned: All wooden crates and/or pallets containing non-debtor property, all customer agreements to store property in the Debtor's warehouse and benefits under same, any claims on the non-debtor property contained in the wooden crates, and any uncollected, post-petition receivables related to storage of non-debtor property at the Debtor's facility. | 12,806.00 | 12,806.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Other inventory or supplies: Office supplies, Net Book Value: $0.00 | 150.00 | 150.00 | | 0.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 20-10066 | **Trustee Name:** (530480) Brian R. Anderson |
| **Case Name:** RAY MOVING AND STORAGE INC. | **Date Filed (f) or Converted (c):** 01/21/2020 (f) |
| | **§ 341(a) Meeting Date:** 02/20/2020 |
| **For Period Ending:** 09/30/2022 | **Claims Bar Date:** 05/07/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exempt Amount** |
| 13 | computers and accessories, office furniture, revenue equipment. Values given are tax depreciated and may not reflect fair market value. Valuation Method: Tax records<br><br>Order granting public sale of personal property entered 4/20/20, Doc #30.<br><br>Order entered 6/30/20, Doc #56, approving abandonment of remaining property that did not sell at auction primarily consisting of office and warehouse furniture and equipment, such as cabinets, chairs, tables, desks and lamps. | 12,586.31 | 12,586.31 | | 81,628.63 | FA | 0.00 | 0.00 |
| 14 | 2001 GMC Hi cube van. Valuation Method: N/A<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 5,000.00 | 5,000.00 | | 3,300.00 | FA | 0.00 | 0.00 |
| 15 | 1994 Kentucky 48 foot trailer. Valuation Method: Replacement<br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 1995 model and 53' trailer | 6,000.00 | 6,000.00 | | 2,250.00 | FA | 0.00 | 0.00 |
| 16 | 1999 Ford E150 van. Valuation Method: N/A<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 3,000.00 | 3,000.00 | | 1,100.00 | FA | 0.00 | 0.00 |
| 17 | 1998 Ford van. Valuation Method: N/A<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 3,000.00 | 3,000.00 | | 1,500.02 | FA | 0.00 | 0.00 |
| 18 | 1994 GMC straight truck.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 500.00 | 500.00 | | 1,300.00 | FA | 0.00 | 0.00 |
| 19 | 1994 GMC straight truck.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 1996 model | 500.00 | 500.00 | | 934.00 | FA | 0.00 | 0.00 |
| 20 | 1985 Kentucky 48' trailer.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 53' trailer | 4,000.00 | 4,000.00 | | 1,500.01 | FA | 0.00 | 0.00 |
| 21 | 1985 Kentucky 48' trailer.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 53' trailer | 4,000.00 | 4,000.00 | | 1,300.00 | FA | 0.00 | 0.00 |
| 22 | 1998 Kentucky trailer.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 1997 model 53' trailer | 6,000.00 | 6,000.00 | | 3,700.00 | FA | 0.00 | 0.00 |
| 23 | 1989 Fruehauf trailer 48'.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 53' trailer | 5,000.00 | 5,000.00 | | 2,200.01 | FA | 0.00 | 0.00 |
| 24 | 1995 Dorsey 53' trailer.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 7,000.00 | 7,000.00 | | 2,800.00 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 20-10066  
**Case Name:** RAY MOVING AND STORAGE INC.  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 01/21/2020 (f)  
**§ 341(a) Meeting Date:** 02/20/2020  
**Claims Bar Date:** 05/07/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 25 | 1995 Kentucky trailer 50'.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 1993 model and 53' trailer | 7,000.00 | 7,000.00 | | 2,250.00 | FA | 0.00 | 0.00 |
| 26 | 1996 Kentucky 50' trailer.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 53' trailer | 8,000.00 | 8,000.00 | | 8,000.00 | FA | 0.00 | 0.00 |
| 27 | 1997 Kentucky trailer 51'.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 53' trailer | 10,000.00 | 10,000.00 | | 2,301.02 | FA | 0.00 | 0.00 |
| 28 | 1997 Kentucky trailer 51'.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 1996 model and 53' trailer | 10,000.00 | 10,000.00 | | 2,300.00 | FA | 0.00 | 0.00 |
| 29 | 1998 Kentucky trailer 53'.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 11,000.00 | 11,000.00 | | 9,250.00 | FA | 0.00 | 0.00 |
| 30 | 2002 Freightliner road tractor.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 6,000.00 | 6,000.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| 31 | 2003 Freightliner road tractor.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 9,000.00 | 9,000.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 32 | 2005 International 24' straight truck.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as 2004 model | 6,500.00 | 6,500.00 | | 4,700.00 | FA | 0.00 | 0.00 |
| 33 | 2005 International 24' straight truck.<br><br>Order granting public sale of property entered 4/20/20, Doc #30 | 29,000.00 | 29,000.00 | | 14,305.00 | FA | 0.00 | 0.00 |
| 34 | 2006 International 4300 straight truck.<br><br>Order granting public sale of property entered 4/20/20, Doc #30<br>Auctioneer verified as a 2004 model | 32,000.00 | 32,000.00 | | 5,750.00 | FA | 0.00 | 0.00 |
| 35 | Notes Receivable: Promissory Note owed to corporation by Dean Barrett. Balance owed was written off by the corporation in 2019.. Total Face amount - Uncollectable amount = $12,973.40 - $0.00 | 12,973.40 | 12,973.40 | | 0.00 | FA | 0.00 | 0.00 |
| 36 | The corporation had been carrying term life insurance policies on the key men of the corporation, all were term policies with Principal Life Insurance with no cash value. | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 37 | Post Petition Storage Fee | Unknown | 0.00 | | 2,671.73 | FA | 0.00 | 0.00 |
| 38 | Annual Agent Incentive Payment | Unknown | 0.00 | | 4,381.06 | FA | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

**Case No.:** 20-10066  
**Case Name:** RAY MOVING AND STORAGE INC.  
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 01/21/2020 (f)  
**§ 341(a) Meeting Date:** 02/20/2020  
**Claims Bar Date:** 05/07/2020

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 39 | Refund of Insurance Premium - cancellation of Commercial Auto and Umbrella Policy (acct #9519) (u) <br><br> Refund of insurance premium for cancellation of Commercial Auto and Umbrella policy (acct. 9519) | 2,966.21 | 2,966.21 | | 2,966.21 | FA | 0.00 | 0.00 |
| 40 | Interest in Insurance Policies (u) <br><br> Refund of Insurance Premium (policy audit - account #7138) | 2,536.12 | 2,536.12 | | 2,536.12 | FA | 0.00 | 0.00 |
| 41 | Workers' Compensation Insurance Policy Audit Refund (u) | 431.00 | 431.00 | | 431.00 | FA | 0.00 | 0.00 |
| 41 | **Assets Totals (Excluding unknown values)** | **$460,512.90** | **$386,912.90** | | **$373,703.97** | **$37,971.71** | **$73,600.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

11th QSR. Second Unigroup stock payment received. Filed Motion to compensate Accountant.

*Bank account opened

**Initial Projected Date Of Final Report (TFR):** 01/31/2021    **Current Projected Date Of Final Report (TFR):** 01/31/2024

10/07/2022  
Date

/s/Brian R. Anderson  
Brian R. Anderson

Copy Served On: Mr. William P. Miller  
Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/20 | {1} | RAY MOVING AND STORAGE INC. | Funds from checking account ($18,562.31 represents pre-petition proceeds; $7,830.68 represents post-petition proceeds) | 1129-000 | 26,392.99 | | 26,392.99 |
| 03/16/20 | {8} | SBD Inc | Payment of Accounts Receivable | 1121-000 | 130.00 | | 26,522.99 |
| 03/16/20 | {8} | Station Ten, Inc | Payment on Accounts Receivable | 1121-000 | 390.00 | | 26,912.99 |
| 03/16/20 | {8} | Dircks Moving & Logistics | Payment on Accounts Receivable | 1121-000 | 1,300.00 | | 28,212.99 |
| 03/16/20 | {8} | Dircks Moving & Logistics | Payment on Accounts Receivable | 1121-000 | 1,440.00 | | 29,652.99 |
| 03/16/20 | {37} | Mary Emma Murray | Payment on post-petition storage fee | 1129-000 | 58.00 | | 29,710.99 |
| 03/16/20 | {37} | Dircks Moving & Logistics | Payment on Post Petition Storage Fee | 1129-000 | 1,850.00 | | 31,560.99 |
| 03/16/20 | {37} | Bittners, LLC | Payment on Post Petition Storage Fees | 1129-000 | 392.00 | | 31,952.99 |
| 03/16/20 | {37} | Patricia Miller Zollar | Payment on post petition storage fees | 1129-000 | 371.73 | | 32,324.72 |
| 03/16/20 | {38} | UniGroup, CA | Annual Agent Incentive Payment | 1129-000 | 4,381.06 | | 36,705.78 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.33 | 36,676.45 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 58.62 | 36,617.83 |
| 05/27/20 | {9} | Belinda Thomas | Post petition A/R | 1121-000 | 17.25 | | 36,635.08 |
| 05/29/20 | {9} | Titan Global Distribution | Pre-petition A/R | 1121-000 | 420.00 | | 37,055.08 |
| 05/29/20 | {39} | Auto-Owners Insurance | Refund of insurance premium for cancellation of Commercial Auto and Umbrella policy (acct. 9519) | 1290-000 | 2,966.21 | | 40,021.29 |
| 05/29/20 | {40} | State National Insurance Company | Refund of Insurance Premium (policy audit - account #7138) | 1290-000 | 2,536.12 | | 42,557.41 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 56.57 | 42,500.84 |
| 06/01/20 | {9} | RAY MOVING AND STORAGE INC. | Deposit on 5/27/20 from Belinda Thomas for storage fees. She Payment payment. Trustee believes she has settled with landlord. | 1121-000 | -17.25 | | 42,483.59 |
| 06/05/20 | {7} | Gray & Creech | Refund for termination of copier maintenance contract | 1129-000 | 127.88 | | 42,611.47 |
| 06/05/20 | | Iron Horse Auction Co, Inc | Auction Proceeds | | 164,868.69 | | 207,480.16 |
| | {31} | | Auction procceds $7,500.00 | 1129-000 | | | |
| | {34} | | Auction Proceeds $5,750.00 | 1129-000 | | | |
| | {33} | | Auction Proceeds $14,305.00 | 1129-000 | | | |
| | {32} | | Auction Proceeds $4,700.00 | 1129-000 | | | |
| | {14} | | Auction Proceeds $3,300.00 | 1129-000 | | | |
| | {16} | | Auction Proceeds $1,100.00 | 1129-000 | | | |
| | | | Page Subtotals: | | $207,624.68 | $144.52 | |

{ } Asset Reference(s)                                                                                           ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {17} | | Auction Proceeds $1,500.02 | 1129-000 | | | |
| | {30} | | Auction Proceeds $5,000.00 | 1129-000 | | | |
| | {18} | | Auction Proceeds $1,300.00 | 1129-000 | | | |
| | {19} | | Auction Proceeds $934.00 | 1129-000 | | | |
| | {23} | | Auction Proceeds $2,200.01 | 1129-000 | | | |
| | {27} | | Auction Proceeds $2,301.02 | 1129-000 | | | |
| | {28} | | Auction Proceeds $2,300.00 | 1129-000 | | | |
| | {20} | | Auction Proceeds $1,500.01 | 1129-000 | | | |
| | {29} | | Auction Proceeds $9,250.00 | 1129-000 | | | |
| | {15} | | Auction Proceeds $2,250.00 | 1129-000 | | | |
| | {22} | | Auction Proceeds $3,700.00 | 1129-000 | | | |
| | {25} | | Auction Proceeds $2,250.00 | 1129-000 | | | |
| | {26} | | Auction Proceeds $8,000.00 | 1129-000 | | | |
| | {24} | | Auction Proceeds $2,800.00 | 1129-000 | | | |
| | {21} | | Auction Proceeds $1,300.00 | 1129-000 | | | |
| | {13} | | Auction Proceeds $81,628.63 | 1129-000 | | | |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 292.20 | 207,187.96 |
| 07/06/20 | 101 | Ray Investment Properties, Inc. | Secured claim #9 paid per order entered 6/30/20, Doc #57. | 4110-000 | | 89,857.65 | 117,330.31 |
| 07/12/20 | 102 | Ray Self Storage | Payment for 6 months of record storage | 2420-000 | | 300.00 | 117,030.31 |
| 07/17/20 | 103 | Iron Horse Auction Co, Inc | Invoice dated 5/27/20. Buyer's premium and advertising expenses. Order approving 7/16/20, Doc #62 | | | 25,004.61 | 92,025.70 |
| | | Iron Horse Auction Co, Inc | Auctioneer FEES $21,504.61 | 3610-000 | | | |

Page Subtotals:                $0.00        $115,454.46

{ } Asset Reference(s)                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Iron Horse Auction Co, Inc | Auctioneer EXPENSES $3,500.00 | 3620-000 | | | |
| 07/23/20 | 104 | Trusteed Services, LLC | Invoice dated 7/23/20. Approved by order entered 6/4/20, Doc #49. | 2420-000 | | 5,400.00 | 86,625.70 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 294.18 | 86,331.52 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.78 | 86,179.74 |
| 09/28/20 | 105 | Asure Software | Ray Moving and Storage, Inc. - Processing of Q1 2020 payroll tax reports and Year End 2020 W-2's and tax reports | 2990-000 | | 365.05 | 85,814.69 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 146.94 | 85,667.75 |
| 10/12/20 | 106 | Edward P. Bowers | Invoice #0013716-IN | | | 1,613.00 | 84,054.75 |
| | | Edward P. Bowers | Accountant FEES approved by Order entered 10/9/20, Doc #66 $1,611.00 | 3410-000 | | | |
| | | Edward P. Bowers | Accountant EXPENSES approved by Order entered 10/9/20, Doc #66 $2.00 | 3420-000 | | | |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.73 | 83,918.02 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.85 | 83,788.17 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 147.32 | 83,640.85 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.57 | 83,511.28 |
| 02/23/21 | 107 | Fox Rothschild LLP | Interim EXPENSES paid for 2/3/20 thru 1/5/21, Order approving 2/17/21 Doc #79 | 3120-000 | | 828.95 | 82,682.33 |
| 02/23/21 | 108 | Fox Rothschild LLP | Interim fees paid for 2/3/20 thru 1/5/21, Order approving 2/17/21, Doc #79 | 3110-000 | | 26,505.00 | 56,177.33 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.92 | 56,052.41 |
| 03/09/21 | 109 | International Sureties, Ltd | Bond #016036434, Term 03/01/21 thru 03/01/22 | 2300-000 | | 95.24 | 55,957.17 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 106.05 | 55,851.12 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 89.51 | 55,761.61 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.41 | 55,678.20 |
| 06/07/21 | 110 | Tech Pros for Hire, LLC | LAST 4 OF ACCOUNT: Distribution Dividend paid at 1.81% of $2,347.02; Claim # 1; Filed: $2,347.02 | 7100-000 | | 42.52 | 55,635.68 |
| 06/07/21 | 111 | Mann Media, Inc. dba Our State Magazine | LAST 4 OF ACCOUNT: :Distribution payment - Dividend paid at 1.81% of $549.34; Claim # 2; Filed: $549.34 | 7100-000 | | 9.95 | 55,625.73 |
| | | | Page Subtotals: | | $0.00 | $36,399.97 | |

{ } Asset Reference(s)      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/21 | 112 | Lloyd Carawan | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $791.00; Claim # 3; Filed: $791.00 | 7100-000 | | 14.33 | 55,611.40 |
| 06/07/21 | 113 | GreatAmerica Financial Services Corporation | LAST 4 OF ACCOUNT: 4860 :Distribution Dividend paid at 1.81% of $4,660.37; Claim # 4; Filed: $4,660.37 | 7100-000 | | 84.44 | 55,526.96 |
| 06/07/21 | 114 | Estes Relocation Services | LAST 4 OF ACCOUNT: :Distribution payment - Dividend paid at 1.81% of $4,148.39; Claim # 5; Filed: $4,148.39 | 7100-000 | | 75.16 | 55,451.80 |
| 06/07/21 | 115 | Piedmont Natural Gas | LAST 4 OF ACCOUNT: 1846 :Distribution Dividend paid at 1.81% of $1,009.06; Claim # 6; Filed: $1,009.06 | 7100-000 | | 18.28 | 55,433.52 |
| 06/07/21 | 116 | Windstream | LAST 4 OF ACCOUNT: 5016 :Distribution Dividend paid at 1.81% of $1,922.81; Claim # 7; Filed: $1,922.81 | 7100-000 | | 34.84 | 55,398.68 |
| 06/07/21 | 117 | HPRSS, LLC | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $1,344,868.63; Claim # 8U; Filed: $1,344,868.63 | 7100-000 | | 24,367.10 | 31,031.58 |
| 06/07/21 | 118 | Baity's Discount Tire Sales of Greensboro, Inc. | LAST 4 OF ACCOUNT: 1444 :Distribution Dividend paid at 1.81% of $680.03; Claim # 10; Filed: $680.03 | 7100-000 | | 12.32 | 31,019.26 |
| 06/07/21 | 119 | Wells Fargo Equipment Finance | LAST 4 OF ACCOUNT: 1119 :Distribution Dividend paid at 1.81% of $11,420.64; Claim # 11; Filed: $11,420.64 | 7100-000 | | 206.93 | 30,812.33 |
| 06/07/21 | 120 | James A. Johnson | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $4,746.00; Claim # 12; Filed: $5,800.00 | 7100-000 | | 85.99 | 30,726.34 |
| 06/07/21 | 121 | Teresa Synan | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $6,465.00; Claim # 13; Filed: $6,465.00 | 7100-000 | | 117.14 | 30,609.20 |
| 06/07/21 | 122 | Dwight Vestal | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $42,326.79; Claim # 14U; Filed: $6,123.77 | 7100-000 | | 766.90 | 29,842.30 |
| 06/07/21 | 123 | John M. Deare | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $49,350.32; Claim # 15U; Filed: $13,197.76 | 7100-000 | | 894.16 | 28,948.14 |
| 06/07/21 | 124 | Penske Truck Leasing Co. L.P. | LAST 4 OF ACCOUNT:6297:Distribution Dividend paid at 1.81% of $173,724.86; Claim # 16; Filed: $173,724.86 | 7100-000 | | 3,147.65 | 25,800.49 |
| 06/07/21 | 125 | Bobbi Baker | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $285.00; Claim # 17; Filed: $285.00 | 7100-000 | | 5.16 | 25,795.33 |
| 06/07/21 | 126 | Statewide Trailer and Frame | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $3,566.52; Claim # 18; Filed: $3,566.52 | 7100-000 | | 64.62 | 25,730.71 |
| | | | Page Subtotals: | | $0.00 | $29,895.02 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/21 | 127 | Rebecca Fife | LAST 4 OF ACCOUNT: :Distribution Dividend paid at 1.81% of $2,552.39; Claim # 20; Filed: $2,552.39 | 7100-000 | | 46.25 | 25,684.46 |
| 06/07/21 | 128 | Synchrony Bank c/o PRA Receivables Management, LLC | LAST 4 OF ACCOUNT:9616 :Distribution Dividend paid at 1.81% of $345.35; Claim # 21; Filed: $345.35 | 7100-000 | | 6.26 | 25,678.20 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 86.78 | 25,591.42 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.63 | 25,548.79 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.73 | 25,505.06 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 40.92 | 25,464.14 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 39.45 | 25,424.69 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.46 | 25,381.23 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 42.03 | 25,339.20 |
| 01/04/22 | {10} | Brian R. Anderson, Trustee | Wire from Unigroup P.A. per Stock Redemption Agreement - 1st payment, order approving 1/10/22, Doc 106 | 1129-000 | 82,559.50 | | 107,898.70 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 149.52 | 107,749.18 |
| 02/09/22 | {41} | Don A. Ray, Jr, | Refund from Workman's Comp Insurance Policy Audit | 1290-000 | 431.00 | | 108,180.18 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 161.58 | 108,018.60 |
| 03/07/22 | 129 | International Sureties, Ltd | Bond #016036434 3.2.22 to 3.1.23 | 2300-000 | | 80.14 | 107,938.46 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 190.41 | 107,748.05 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 166.93 | 107,581.12 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 166.67 | 107,414.45 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 189.39 | 107,225.06 |
| 07/29/22 | {10} | Brian R. Anderson, Trustee | Wire from Unigroup P.A. per Stock Redemption Agreement - 2nd payment, order approving 1/10/22, Doc 106 | 1129-000 | 83,088.79 | | 190,313.85 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 166.12 | 190,147.73 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 335.23 | 189,812.50 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 304.21 | 189,508.29 |
| | | | Page Subtotals: | | $166,079.29 | $2,301.71 | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 20-10066 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAY MOVING AND STORAGE INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1846 | Account #: | ******8216 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

Account

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 17 | Deposits | 208,072.93 | 29 | Checks | 180,049.64 |
| 0 | Interest Postings | 0.00 | 32 | Adjustments Out | 4,163.29 |
| | Subtotal | 208,072.93 | 0 | Transfers Out | 0.00 |
| 2 | Adjustments In | 165,648.29 | | Total | 184,212.93 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 373,721.22 | | | |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)                                                                                   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-7

| | | | |
|---|---|---|---|
| **Case No.:** | 20-10066 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | RAY MOVING AND STORAGE INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1846 | **Account #:** | ******8216 Checking |
| **For Period Ending:** | 09/30/2022 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $373,703.97 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $373,703.97 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8216 Checking | $373,703.97 | $184,195.68 | $189,508.29 |
| | **$373,703.97** | **$184,195.68** | **$189,508.29** |

10/07/2022
Date

/s/Brian R. Anderson
Brian R. Anderson